**ECOBAN FINANCE LIMITED,**
**Plaintiff–Appellant,**

v.

**ALTOS HORNOS DE MEXICO, S.A. DE C.V. and Grupo Acerero Del Norte, S.A. de C.V., Defendants–Appellees.**

Nos. 00–9062, 00–9074.

United States Court of Appeals, Second Circuit.

Jan. 12, 2001.

Gilbert A. Samberg, Todtman, Nachamie, Spizz & Johns, New York, NY, for appellant.

Steven H. Reisberg; Daniel B. Rosenthal, Rachel J. Fremmer, on the brief, Wilkie, Farr & Gallagher, New York, NY, for defendant-appellee, Altos Hornos de

Mexico, S.A. de C.V., Gerald J. Fields; Madlyn G. Primoff, Kimberly J. Koerner, and Erica G. Weinberger, on the brief, Paul, Hastings, Janofsky & Walker LLP, New York, NY, for defendant-appellee, Grupo Acerero Del Norte, S.A. de C .V.

Present MESKILL, LEVAL, and CALABRESI, Circuit Judges.

## SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be and it hereby is AFFIRMED.

Plaintiff Ecoban Finance Limited appeals from an order of the United States District Court for the Southern District of New York (Alvin K. Hellerstein, D.J.), dismissing its complaint on grounds of comity, by reason of the ongoing Suspension of Payments proceedings in the courts of Mexico. We affirm for substantially the reasons set forth in the opinion of the district court.